LOUISE GILES *v.* CITY OF NEW HAVEN ET AL.

The defendant Otis Elevator Company's petition for certification for appeal from the Appellate Court, 30 Conn. App. 148 (AC 10952), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court properly apply the doctrine of res ipsa loquitur?"

The Supreme Court docket number is SC 14709.

*Constance L. Epstein* and *Richard J. Kenny,* in support of the petition.

*Steven J. DeFrank* and *David A. Leff,* in opposition.

Decided March 4, 1993

STATE OF CONNECTICUT *v.* WALLACE JOYCE

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 164 (AC 9896), is granted, limited to the following issue:

"In the circumstances of this case, were the police, while lawfully in custodial possession of the defendant's clothing, required by either the federal or state constitution to obtain a warrant before transferring the clothing to a state laboratory and subjecting it to chemical analysis?"

The Supreme Court docket number is SC 14708.

*John R. Williams,* in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided March 4, 1993